# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2988

_____

| | | |
|---|---|---|
| Cortland E. Berry, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Western |
| | * | District of Missouri. |
| Missouri State Public Defender | * | |
| System; J. Marty Robinson; David Mill; | * | [UNPUBLISHED] |
| State of Missouri, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted:  August 5, 1999
Filed: August 13, 1999

_____

Before BOWMAN, FAGG, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Cortland E. Berry appeals the district court's dismissal of Berry's action for employment discrimination, constitutional violations, and state law claims.  After de novo review, we conclude the district court's ruling is correct and Berry is not entitled to relief.  We thus affirm the district court but modify the dismissal of Berry's state law claims to be without prejudice.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.